**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02375-CMA-KLM

MICHAEL R. BROWNING,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, a Maryland corporation;
LOCKHEED MARTIN CORPORATION RETIREMENT INCOME PLAN;
LOCKHEED MARTIN CAPITAL ACCUMULATION PLAN;
LOCKHEED MARTIN INVESTMENT MANAGEMENT COMPANY;
DONALD R. REMSCH, Senior Manager, Pension Plan Services;
MEMBERS OF THE LOCKHEED MARTIN PENSION PLANS ADMINISTRATIVE COMMITTEE;
LOCKHEED MARTIN SPACE SYSTEMS COMPANY;
JENNIFER CARACCIOLO, Human Resources Director;
MIA SANCHEZ-O'DELL, Employee Benefits Manager;
CHRIS RASMUSSEN, Employee Benefits Representative, Senior Staff; and
LOCKHEED MARTIN COHERENT TECHNOLOGIES, a Colorado corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulated Dismissal With Prejudice (Doc. # 23). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees.

DATED:  July   13  , 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge